# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CUSTOM DESIGNS OF NASHVILLE, INC., and MAHAN MARK JANBAKHSH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3-08-0665 |
| | ) | Judge Trauger |
| ALSA CORPORATION, | ) ) | |
| Defendant. | ) ) | JURY DEMAND |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, Alsa Corporation makes the following disclosure:

1. All parent corporations, if any, of the named party:

NONE

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock:

NONE

Respectfully submitted,

s/W. Edward Ramage/
W. Edward Ramage (TN Bar No. 16261)
Baker, Donelson, Bearman, Caldwell & Berkowitz
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5771
eramage@bakerdonelson.com

*Counsel for Alsa Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following counsel of record via the Electronic Case Filing system of the United States District Court for the Middle District of Tennessee to:

James R. Michels
Melissa C. Hunter
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219

Jack A. Wheat
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

this 28th day of August, 2008.

                                                        s/W. Edward Ramage /
                                                        W. Edward Ramage