IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CUSTOM DESIGNS OF NASHVILLE, INC. and MAHAN MARK JANBAKHSH, | ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | Civil No. 3:08-0665 Judge Trauger |
| v. | ) ) | Magistrate Judge Bryant |
| ALSA CORPORATION, | ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

## O R D E R

On June 21, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 55), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiffs' Motion For Summary Judgment (Docket No. 49) is **GRANTED** as to the plaintiffs' claims for false marking, direct patent infringement and inducing patent infringement. It is further **ORDERED** that the defendant Alsa Corporation shall pay a fine in the amount of $7,138 for the false marking claim, one half of which will go to the plaintiffs and one half of which will go to the United States. It is further **ORDERED** that the plaintiffs are awarded damages in the amount of $23,555.40, to be paid by the defendant. Defendant Alsa Corporation is hereby **PERMANENTLY ENJOINED** from further infringing on U.S. Pat. No. 7,045,168 ("the '168 patent").

It is so **ORDERED.**

ENTER this 27th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge